# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOSHUA PAYNE, : No. 28 EM 2022
:
Petitioner :
:
:
:
v. :
:
:
:
COMMON PLEAS COURT OF :
PHILADELPHIA COUNTY, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2022, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus and Extraordinary Relief" is DENIED.